NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALONZO DAY, JR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7035

---

Appeal from the United States Court of Appeals for Veterans Claims in 09-4491, Judge Robert N. Davis.

---

## ON MOTION

---

Before RADER, *Chief Judge*, and GAJARSA and REYNA, *Circuit Judges.*

PER CURIAM.

## ORDER

Alonzo Day, Jr. moves for reconsideration of the court's March 22, 2012 order dismissing his appeal as untimely.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for reconsideration is denied.

FOR THE COURT

JUN 0 7 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Alonzo Day, Jr.
     Elizabeth A. Speck, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 7 2012

JAN HORBALY
CLERK